95 F.3d 42
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES OF AMERICA, Plaintiff--Appellee,
v.
Lonnie LOWE, Defendant--Appellant.
 No. 96-6478.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 15, 1996.
Decided Aug. 21, 1996.
 
 Lonnie Lowe, Appellant Pro Se. Cathleen Ann Tutty, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.
 Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying his motion to proceed in forma pauperis and "Motion to Consolidate/ Aggregregate Sentence." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Lowe, No. CR-92-392-A (E.D.Va. Jan. 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED